| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | DEBORAH R. DOUGLAS (NYBN 2099372)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone: (510) 637-3680 |
| 7 | Fax: (510) 637-3724 |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00018 DLJ |
| Plaintiff, | ) ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. | ) ) | |
| ISAIAH MITCHELL, | ) ) | |
| Defendant. | ) ) | |

TO: The Honorable James Larson, United States Magistrate Judge for the Northern District of California:

The United States of America, by Assistant United States Attorney Deborah R. Douglas, respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner ISAIAH MITCHELL. The prisoner is requested to appear in the above-referenced matter before Honorable Wayne D. Brazil, United States Magistrate Judge, 1301 Clay Street,

//

//

WRIT AD PROSEQUENDUM
CR-07-00018 DLJ

Courtroom #4, Oakland, California on January 31, 2007 at 10:00 am. His place of custody and jailor are set forth in the attached writ.

DATED: January 18, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DEBORAH R. DOUGLAS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 19, 2007

_____
HON. JA[...]
Unit[...]

IT IS SO ORDERED
Judge James Larson

| | |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | To: FEDERICO ROCHA, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of Santa Rita Prison Facility, Dublin California: |
| 3 | |

**GREETINGS**

**WE COMMAND** that on Wednesday, January 31, 2007 at 10:00 am, you have and produce the body of **ISAIAH MITCHELL** CDC # TO9287; DOB: 08/03/81, who is in your custody in the herein above-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Wayne D. Brazil, United States Magistrate Judge, 1301 Clay Street, Courtroom #4, Oakland, California, in order that **ISAIAH MITCHELL** may then appear in District Court upon charges heretofore filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

**WITNESS** the Honorable James Larson, United States Magistrate Judge for the Northern District of California.

Dated: January 19, 2007

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _Venice E. Thomas_
DEPUTY CLERK

WRIT AD PROSEQUENDUM
CR-07-00018 DLJ

3